IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 09-cv-02363-REB-KLM

CHRISTOPHER CHASE,

    Plaintiff,

v.

MARY COX,
ANTHONY DECESARO,
CASE MANAGER WATTS,
DOC STAFF MEMBER JOHN DOE #1, and
DOC STAFF MEMBER(S) JOHN AND/OR JANE DOE(S),
All defendants in their individual capacities,

    Defendants.

## ORDER ADOPTING RECOMMENDATION OF THE
## UNITED STATES MAGISTRATE JUDGE

**Blackburn, J.**

    The matter before me is the recommendation contained within the **Order and Recommendation of United States Magistrate Judge** [#22] filed February 22, 2010. No objections having been filed to the recommendation, I review it only for plain error. *See Morales-Fernandez v. Immigration & Naturalization Service*, 418 F.3d 1116, 1122 (10th Cir. 2005).[1] Finding no such error in the magistrate judge's recommended disposition, I find and conclude that the recommendation should be approved and adopted.

    **THEREFORE, IT IS ORDERED** as follows:

---

[1] This standard pertains even though plaintiff is proceeding *pro* se in this matter. **Morales-Fernandez**, 418 F.3d at 1122.

1.  That the **Recommendation of United States Magistrate Judge** [#22], filed February 22, 2010, is **APPROVED AND ADOPTED** as an order of this court; and

2.  That defendant Case Manager [John] Watts is **DISMISSED WITHOUT PREJUDICE** for failure to effect service of process pursuant to Fed.R.Civ.P. 4(m).

Dated March 17, 2010, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge