IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 09-cv-02363-REB-KLM

CHRISTOPHER CHASE,

    Plaintiff,

v.

MARY COX,
ANTHONY DECESARO,
CASE MANAGER WATTS,
DOC STAFF MEMBER JOHN DOE #1, and
DOC STAFF MEMBER(S) JOHN AND/OR JANE DOE(S),
All defendants in their individual capacities,

    Defendants.

## AMENDED ORDER OVERRULING OBJECTIONS TO AND ADOPTING RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

**Blackburn, J.**

The matters before me are (1) the **Recommendation of a United States Magistrate** [#25], filed May 26, 2010; and (2) plaintiff's **Objection to Recommendation** [#26], filed June 11, 2010. I enter this amended order to correct clerical errors in the previous order [#27] entered July 2, 2010), overrule the objections, adopt the recommendation, and dismiss plaintiff's claims.

As required by 28 U.S.C. § 636(b), I have reviewed *de novo* all portions of the recommendation to which objections have been filed, and have considered carefully the recommendation, objections, and applicable caselaw. Moreover, because plaintiff is proceeding *pro se*, I have construed his pleadings more liberally and held them to a less stringent standard than formal pleadings drafted by lawyers. ***See Erickson v. Pardus***,

551 U.S. 89, 94, 127 S. Ct. 2197, 2200, 167 L.Ed.2d 1081 (2007); **Andrews v. Heaton**, 483 F.3d 1070, 1076 (10th Cir. 2007); **Hall v. Belmon**, 935 F.2d 1106, 1110 (10th Cir. 1991) (citing **Haines v. Kerner**, 404 U.S. 519, 520-21, 92 S.Ct. 594, 595-96, 30 L.Ed.2d 652 (1972)). The recommendation is detailed and well-reasoned.[1] Contrastingly, plaintiff's objections are imponderous and without merit.

Therefore, I find and conclude that the arguments advanced, authorities cited, and findings of fact, conclusions of law, and recommendation proposed by the magistrate judge should be approved and adopted.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Recommendation of a United States Magistrate** [#25] filed May 26, 2010, is **APPROVED AND ADOPTED** as an order of this court;

2. That plaintiff's **Objection to Recommendation** [#26] filed June 11, 2010, is **OVERRULED**;

3. That the **Motion To Dismiss** [#12] filed December 28, 2010, is **GRANTED**;

4. That plaintiff's claims against defendants, Mary Cox and Anthony Decesaro, are **DISMISSED WITH PREJUDICE**;

5. That plaintiff's claims against the defendants Doc Staff Member John Doe #1 and Doc Staff Members John and/or Jane Does, all Defendants in their individual

---

[1] Although some magistrate judges in this district have applied the factors set forth in **Ehrenhaus v. Reynolds**, 965 F.2d 916, 920 (10th Cir. 1992), to determine the propriety of a dismissal without prejudice that would operate effectively as a dismissal with prejudice due to the running of the applicable statute of limitations, *see, e.g.*, **Walker v. University of Colorado Board of Regents**, 2007 WL 1793793 at *2 (D. Colo. March 5, 2007), *adopted*, 2007 WL 1793792 (D. Colo. June 19, 2007), those factors only truly make sense in the context of dismissal as a sanction. The magistrate judge here specifically considered what I perceive to be the correct precedents and explained why dismissal, although effectively barring refiling of plaintiff's claims, was appropriate in this instance. (**See Recommendation of United States Magistrate Judge** at 13-14 [#25], filed May 26, 2010.)

capacities, are **DISMISSED WITHOUT PREJUDICE** for failure to effect timely service of process pursuant to Fed.R.Civ.P. 4(m);

    6. That this action is **DISMISSED WITHOUT PREJUDICE**.

Dated July 7, 2010, at Denver, Colorado.

                                          **BY THE COURT:**

                                          */s/ Robert E. Blackburn*
                                          Robert E. Blackburn
                                          United States District Judge